BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:96-CR-00459 JAM |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT JOSE ANTONIO HERMOSILLO** |
| v. | |
| SALVADOR M. YCIANO, et al., | |
| Defendant. | |

For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **JOSE ANTONIO HERMOSILLO** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: 5/28/2014            /s/ John A. Mendez
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

1